UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

       -against-

PATRICK WHITE,                                      7:14-cr-00740-cs

                Defendant.

------------------------------------------------------------x

Seibel, J.

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa M. Smith, United States Magistrate Judge, dated March 13, 2015, is approved and accepted.

       The Clerk of the Court is directed to enter the plea.

                                              SO ORDERED.

Dated: White Plains, New York
       March 18, 2015

                                              _____
                                              Cathy Seibel
                                              United States District Judge